IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER VOLCHKO, an individual,<br>    Plaintiff, | )<br>)<br>) Civil Action No. 2:21-cv-1669-NR |
| v. | )<br>)<br>) JURY TRIAL DEMANDED |
| CURTIS LEE BURCH, an individual;<br>PLAINS MARKETING, LP, a Texas<br>Limited Partnership; PLAINS ALL<br>AMERICAN PIPELINE, LP t/d/b/a<br>PLAINS MARKETING, L.P.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL OF THE WITHIN MATTER WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned attorneys that the matter will be voluntarily dismissed WITHOUT prejudice.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attest that: (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: March 2, 2022

Respectfully submitted,

| | |
|---|---|
| /s/*Ashley M. Cagle* | /s/ *Chloe C. Zidian* |
| | |
| Ashley Cagle, Esquire<br>Rabner Law Offices, P.C.<br>222 Boulevard of the Allies, Floor 2<br>Pittsburgh, PA 15222<br>(412) 765-2500 | Chloe C. Zidian, Esquire<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>One PPG Place, 28th Floor<br>Pittsburgh, PA 15222<br>(412) 567-5596 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |